1  NINA WILDER (SBN 100474)

2  **WEINBERG & WILDER**
   **523 OCTAVIA STREET**
3  **SAN FRANCISCO, CALIFORNIA 94102**
   **TEL. (415) 431-3472**
4  **e-mail: ninawilder@aol.com**

5  Attorneys for Defendant
   SHELDON SILAS

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10
   UNITED STATES OF AMERICA,    )    No. CR-05-00317 SI  IT IS SO STIPULATED.
11                               )
                   Plaintiff,    )
12                               )
                                 )    **STIPULATION TO CONTINUE MOTIONS**
13            vs.                )    **HEARING; [proposed] ORDER**
                                 )
14                               )
   SHELDON SILAS,                )
15                               )
                                 )
16            Defendant.         )
                                 )
17  _____)

18

19         IT IS HEREBY AGREED BY THE PARTIES, by their respective undersigned attorneys

20  that the date for hearing defendant Silas's motion to dismiss the indictment shall be continued

    from June 17, 2005 to July 29, 2005 at 11 a.m. for adequate preparation of said motion.
21
           All moving and responsive pleadings will be filed in accordance with the Local Rules.
22
           Additionally, the parties consent to the exclusion of time under the Speedy Trial Act, 18
23
                                      ///
24
                                      ///
25

26  STIPULATION TO CONTINUE MOTIONS                    1
    HEARING (No. C-05-00317 SI)

1   U.S.C. § 3161(h)(7) and 18 U.S.C. § 3161(h)(8)(A), from June 3, 2005 to July 29, 2005.

2

3   Dated:   6/20/05

4                                           GEORGE L. BEVAN, JR.
5                                           Assistant United States Attorney

6   Dated: June 20, 2005

7
                                            NINA WILDER
8                                           Attorney for Defendant Sheldon Silas

9                                   **ORDER**
10

11          Pursuant to the parties' stipulation,

12          IT IS HEREBY ORDERED that the date for hearing defendant's motion to dismiss the

13   indictment is continued to July 29, 2005 at 11 a.m.

14          Additionally, the Court (1) finds that the ends of justice served by excluding the period

15   from June 3, 2005 to July 29, 2005 outweigh the best interests of the public and of the defendant

16   in the rights set forth under the Speedy Trial Act, and (2) orders that the period from June 3, 2005

17   to July 29, 2005 be excluded from Speedy Trial Act calculations under U.S.C. § 3161(h)(7) and

18   U.S.C. § 3161(h)(8)(A) & (B)(iv).

19

20   IT IS SO ORDERED.

21

22   DATED:_____

23

24

25

26   STIPULATION TO CONTINUE MOTIONS               2
     HEARING (NO. C-05-00317 SI)

IT IS SO ORDERED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Judge Susan Illston