| | |
|---|---|
| 1  KEVIN V. RYAN (CSBN 118321)<br>   United States Attorney | **FILED** |
| 2 | |
| 3  EUMI L. CHOI (WVBN 0722)<br>   Chief, Criminal Division | JUL 2 8 2005 |
| 4  GEORGE L. BEVAN, JR. (CSBN 65207)<br>   GREGG W. LOWDER (CSBN 107864) | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| 5  Assistant United States Attorneys | |

6  Federal Courthouse
7  1301 Clay Street, Suite 340S
   Oakland, Ca. 94612
   Telephone: 510-637-3689
8              415-436-7044

9  Attorneys for the Plaintiff

10               UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )  No. CR-05-00317-SI
                                      )
14          Plaintiff,                )
                                      )
15      v.                            )  STIPULATION AND ORDER
                                      )  CONTINUING MOTION
16                                    )  HEARING DATE
                                      )
17                                    )
    SHELDON SILAS,                    )
18                                    )
            Defendant.                )
19  _____)

20      The United States and the defendant, through their respective counsel, jointly
21  agree and respectfully request the Court to continue the hearing date on the defendant's
22  motion to dismiss the indictment for prejudicial, pre-indictment delay, currently set for
23  hearing on **Friday, July 29, 2005, at 11:00 a.m.** The basis for the parties' joint request
24  is that the case against the defendant before Judge Jenkins in CR-01-149-MJJ, is
25  scheduled for change of plea on Wednesday, July 27, 2005, at 2:00 p.m. The parties have
26  been working diligently toward a global resolution of these matters. The government has
27  not yet filed its opposition to the defendant's motion in light of these ongoing efforts to
28  resolve both cases.

1    Accordingly, the parties request that the motion hearing before this Court be
2  continued for 30 days, to a date convenient to the Court. Time under the Speedy Trial
3  Act is excludible due to the continuing pendency of the defendant's motion. If the
4  defendant changes his plea before Judge Jenkins, defense counsel will file a pleading with
5  this Court withdrawing the pending motion to dismiss.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

10  Date: 7-26-05

           /s/
GEORGE L. BEVAN JR.
Assistant United States Attorney

Date: 7/26/05

           /s/
NINA WILDER, Esq.
Counsel for Defendant Sheldon Silas

## ORDER RESCHEDULING MOTION HEARING

Good cause appearing therefor, and upon the joint request of the parties, the hearing date of July 29, 2005, at 11:00 a.m. for the defendant's motion to dismiss the indictment for pre-indictment delay, is hereby continued to the date of 8/26/05, at 11:00 a.m.

Time is excluded in the interests of justice due to the continued pendency of the motion until that date. 18 U.S.C. § 3161(h)(1)(F).

Dated: 7/28/05

SUSAN ILLSTON
United States District Judge

STIP AND ORDER CONTINUING
MOTION HEARING DATE

2