1  NINA WILDER (SBN 100474)

2  **WEINBERG & WILDER**
   **523 OCTAVIA STREET**
3  **SAN FRANCISCO, CALIFORNIA 94102**
   **TEL. (415) 431-3472**
4  **e-mail: ninawilder@aol.com**

   Submitting Counsel are directed
   to serve this order upon all other
5  Attorneys for Defendant          parties in this action       JUL X 9 2007
   SHELDON SILAS

6

7
                    UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,     )   No. CR-05-00317 SI
                                  )
12          Plaintiff,             )
                                  )   **STIPULATION AND ORDER DISMISSING**
13          vs.                    )   **INDICTMENT**
                                  )
14  SHELDON SILAS,                )
                                  )
15          Defendant.             )
                                  )
16  _____ )

17      Pursuant to the plea agreement in No. CR-01-0149-MJJ, which provided that the instant

18  indictment would be dismissed upon defendant Sheldon Silas's sentencing in that case, and

19  defendant Silas having been sentenced in accordance with said plea agreement on January 20,

20  2006,

21      IT IS HEREBY AGREED by the parties, through their undersigned attorneys, that the

22  indictment in this matter shall be dismissed with prejudice pursuant to the plea agreement in No.

23  CR-01-0149-MJJ.

24

25

26  STIPULATION AND ORDER DISMISSING INDICTMENT
    (NO. CR-05-00317 SI)                          1

| | | |
|---|---|---|
| 1 | Dated: July 6, 2007 | UNITED STATES ATTORNEY |

/s/ George Bevan
GEORGE BEVAN
Assistant United States Attorney

WEINBERG & WILDER

/s/ Nina Wilder
NINA WILDER
Attorney for Defendant
SHELDON SILAS

ORDER

Based on the stipulation of the parties and the plea agreement in No. CR-01-0149-MJJ, the instant indictment is dismissed with prejudice.

IT IS SO ORDERED.

Dated: 7/6/07

HONORABLE SUSAN ILLSTON
United States District Judge